UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
M.C., and Infant by her Mother and Natural Guardian,
INGRID JOHANNA CARDONA,

                Plaintiffs,

    -against-

TARGET CORPORATION,

                Defendant.
---------------------------------------------------------------------X

Civil Action No.:
1:21-cv-01174-PKC-RML

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above-entitled action be, and the same hereby is discontinued, without prejudice, without costs to either party as against the other.

      **IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and that a copy of a signature shall be deemed an original for purposes of this stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Great Neck, New York
         April 1, 2020

| | |
|---|---|
| **SILBOWITZ, GARAFOLA, SILBOWITZ, SCHATZ & FREDERICK, LLP** | **FISHMAN MCINTYRE BERKELEY LEVINE SAMANSKY PC** |
| BY: _____<br>David Aminov, Esq.<br>Attorneys for Plaintiffs<br>M.C. and INGRID JOHANNA CARDONA<br>**Office & P.O. Address:**<br>55 Water Mill Lane, Suite 400<br>Great Neck, New York 11021<br>(212)354-6800 | BY: _____<br>Mitchell B. Levine, Esq.<br>Attorneys for Defendant<br>TARGET CORPORATION<br>**Office & P.O. Address:**<br>521 5th Avenue, 17th floor<br>New York, New York 10175<br>(212) 461-7190 |

SO ORDERED:

_____
U.S.D.J.